# ALABAMA COURT OF CRIMINAL APPEALS



April 25, 2025

**CR-2024-0510**
Fletcher James Ellis, Jr. v. State of Alabama (Appeal from Tallapoosa Circuit
Court:  CC-23-152)

## NOTICE

You are hereby notified that on April 25, 2025, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk